IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BRENDA CUTRERA                                                                                              PLAINTIFF

V.                                                                          CIVIL ACTION NO. 4:14-CV-00072-SA-JMV

CHURCHILL DOWNS, INC., and
HARLOW'S CASINO RESORT AND SPA,
d/b/a SW GAMING, LLC                                                                                      DEFENDANTS

ORDER REMANDING CASE

Pursuant to a Memorandum Opinion issued this day, Plaintiff's Motion to Remand [7] is GRANTED and this matter is REMANDED to the Circuit Court of Washington County, Mississippi.

SO ORDERED, this the 18th day of September, 2014.

/s/ Sharion Aycock
**U.S. DISTRICT JUDGE**